UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER M. WALLACE, | CASE NO. C14-1486 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CAROLYN COLVIN, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The parties have filed a Stipulated Motion to Reopen Case (Dkt. No. 23). In view of the fact that Judge Pechman is currently on a one-year sabbatical and is unavailable to preside over the parties' case,

IT IS ORDERED that the motion is DENIED.

The above-entitled matter will remain on "terminated" status and the case will continue under its new case number (C16-1345) before the Honorable Benjamin H. Settle of this district.

1  The clerk is ordered to provide copies of this order to all counsel and to U.S. District
2  Judge Settle.

3  Filed January 24, 2017.

             William M. McCool
             Clerk of Court

             s/Paula McNabb
             Deputy Clerk

MINUTE ORDER - 2